# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-00571-NJK |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA SADAT WASHINGTON, | (Docket No. 11) |
| Defendant. | |

The instant case was closed on September 28, 2016 after an indictment was returned against Defendant Joshua Sadat Washington and, at that time, the Court ordered that all further proceedings would occur in case number 2:16-cr-00279-JAD-PAL. Docket No. 10. Despite that order, however, Defendant has now filed a motion in the instant, closed case seeking certain information regarding the criminal complaint filed against him. Docket No. 11.

Defendant fails to explain the propriety of filing his motion in the instant case rather than in case number 2:16-cr-00279-JAD-PAL. *See* Docket No. 11. Further, Defendant appears to be represented by counsel in this matter. *See* Docket (case no. 2:16-cr-00279-JAD-PAL). A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 11, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: April 15, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE